UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CATINA COLLIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:16CV1199 SNLJ |
| | ) | |
| UNUM LIFE INS. CO. OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the plaintiff's motion to proceed in this case *in forma pauperis* (#2). The Court has reviewed the financial information provided by the plaintiff and finds that the motion should be granted. Pursuant to 28 U.S.C. § 1915(e), the Court is required to review the complaint and to dismiss it if it is frivolous, malicious, or fails to state a claim upon which relief can be granted.

The Complaint (#1) states that plaintiff seeks payment of disability income benefits pursuant to a policy of insurance underwritten and insured by defendant Unum Life Insurance Company of America ("Unum"). Plaintiff was denied benefits by Unum, and her timely appeal of that denial was also denied. She alleges she met the Unum policy's definition of disabled continuously since April 14, 2014 and is entitled to payment of monthly disability payments plus interest. Plaintiff filed this action seeking payment of those benefits pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1132.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in this case *in forma pauperis* (#2) is GRANTED.

Dated this 17th day of August, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE